# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2737

_____

Chambala J.E. Hollis, I

*Plaintiff - Appellant*

v.

Veolia Transportation, Inc., doing business as Supershuttle International, Inc.,
doing business as Kansas City Transportation Group, Inc.; Terry O'Toole; Don
Rubright; Alan Moldawer; Mark Joseph; Teresa Wolken; Tony Tymony; Cindy Simmons

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 1, 2013
Filed: March 18, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Chambala Hollis appeals the district court's[1] order dismissing his employment-discrimination action with prejudice for failure to comply with a court order. He has also moved to strike some of appellees' statements and arguments. Upon careful review, *see Smith v. Gold Dust Casino*, 526 F.3d 402, 404 (8th Cir. 2008) (standard of review), we conclude that the district court did not abuse its discretion in dismissing the case, *see id.* at 404-05 (dismissal with prejudice for failure to comply with court order is appropriate in cases of willful disobedience of court order). Accordingly, we affirm. We also deny Hollis's pending motion.[2] *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

[2]The parties have briefed the issue of the correctness of a post-judgment order granting defendants attorney's fees and costs, but Hollis failed to file a new or amended notice of appeal designating this order for appeal, and thus it is not properly before us. *See* Fed. R. App. P. 4(a)(4)(B)(ii) (party intending to challenge order disposing of post-judgment motion must timely file notice of appeal or amended notice of appeal).